UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CAROLYN JEAN HILL,

    Plaintiff,

v.                                                      Case No. 06-C-0892

JO ANNE B. BARNHART,

    Defendant.

**ORDER**

    Plaintiff has filed an action for court review of a decision rendered by the Commissioner of Social Security. Ordinarily, a plaintiff must pay a statutory filing fee of $350 to bring an action in federal court. 28 U.S.C. § 1914(a). Plaintiff, however, has requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915.

    Section 1915 is meant to ensure indigent litigants meaningful access to federal courts. *See Nietzke v. Williams*, 490 U.S. 319, 324 (1989). Under § 1915, an indigent party may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and the affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

    Plaintiff filed the required affidavit of indigence. Upon review of that affidavit, I am satisfied that plaintiff meets the poverty requirements of 28 U.S.C. § 1915. Plaintiff is unemployed and unmarried; she lives with her sister, upon whom she is completely dependent. Plaintiff has no

other sources of income, and has no cash, motor vehicle, real estate, stocks, bonds, bank accounts, or valuable personal items (excluding clothes and ordinary household items).

**THEREFORE, IT IS ORDERED** that plaintiff's request to proceed *in forma pauperis* is granted. The clerk is ordered to serve a copy of the complaint and this order on the Commissioner of Social Security.

Plaintiff is advised to provide defendant or its counsel with copies of all future motions or papers filed by the plaintiff in this action.

Dated this   22nd   day of August, 2006.

s/ William C. Griesbach
William C. Griesbach
United States District Judge