UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CAROLYN JEAN HILL,

    Plaintiff,

v.                                                                 Case No. 06-C-892

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration,

    Defendant.

## DECISION AND ORDER

Plaintiff has moved the court for an award of attorneys fees in the above matter pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Plaintiff requests fees in the total amount of $4,896.38. The Government has informed the court that it does not oppose plaintiff's motion. Accordingly, the court finds that plaintiff is the prevailing party in this matter and that the fees requested were reasonable and necessary to provide good representation. The court further finds that the position of the United States was not substantially justified and therefore awards fees to plaintiff in the amount of $4,896.38.

    **SO ORDERED** this   1st   day of October, 2007.

                                                                 s/ William C. Griesbach
                                                                 William C. Griesbach
                                                                 United States District Judge